# IN THE SUPREME COURT OF THE STATE OF NEVADA

MONTGOMERY ANDERSON,
              Appellant,
        vs.
THE STATE OF NEVADA,
              Respondent.

No. 80506

**FILED**

FEB 2 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order of the district court granting the state's pretrial motion in limine to admit evidence of other crimes, wrongs, or acts. Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

Because no statute or court rule permits an appeal from the aforementioned order in a criminal matter, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-07141

cc:   Hon. Jacqueline M. Bluth, District Judge
      Special Public Defender
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A